IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg Division

MARTIN WAYNE LOOKINGBILL, SR.,

    Plaintiff,

v.                          Case No.:    3:07-CV-7

DEALER SERVICES CORPORATION,

    Defendant.

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court having considered the motion of Defendant, Dealer Services Corporation to admit Lauren R. Darden, Esquire as counsel *pro hac vice*, for the purpose of this proceeding, and it appearing that there has been compliance with Rule 8.0 of the West Virginia Rules of Admission to Practice and Rule 4.02 of the West Virginia Trial Court Rules, it is by this Court:

ORDERED that said motion and the same is hereby granted and that Lauren R. Darden, Esquire, of Wharton Aldhizer & Weaver, PLC, Post Office Box 20028, Harrisonburg, Virginia 22801-7528, be and he is hereby admitted, *pro hac vice*, for the purpose of the proceeding.

The Clerk is directed to provide certified copies of this Order to all counsel of record.

ENTERED this _15th_ day of _October_, 2007

_____
Judge

S59291-1
07026849.DOC