IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

MARTIN WAYNE LOOKINGBILL, SR.,

    Plaintiff,

v.                                    Case No. 3:07-cv-00007

DEALER SERVICES CORPORATION,

    Defendant.

## **ORDER**

    This day came the Defendant, by counsel, and submitted a Motion requesting defendant, Dealer Services Corporation, to appear via telephone at court ordered mediation and excusing Paul B. Weiss, Esquire, Co-Counsel for Dealer Services Corporation, from attending mediation scheduled in the above-referenced matter.

    It appearing that the Plaintiff concurs with this request, it is therefore ORDERED that defendant, Dealer Services Corporation, be permitted to appear via telephone and for Paul B. Weiss, Esquire to be excused from Court ordered mediation scheduled in the above-referenced matter.

    The Clerk is directed to send an attested copy of this Order to all counsel of record.

DATED: 11-26-2007

                                              Judge John Preston Bailey

07030765