# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**MARTIN WAYNE LOOKINGBILL, SR.,**

    Plaintiff,

v.                                           **CIVIL ACTION NO. 3:07-CV-7**
                                             **(BAILEY)**

**DEALER SERVICES CORPORATION,**

    Defendant.

## ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this day, the above-styled matter came before the Court for consideration of the plaintiff's Request for Extension of Time to File a Response to Defendant's Motion for Summary Judgment [Doc. 38]. The plaintiff requests in his motion a ten (10) day extension of the current November 30, 2007, deadline. After review of the above, this Court finds that counsel represents several valid reasons to grant the motion. Accordingly, finding good cause, the plaintiff's request [Doc. 38] is hereby **GRANTED**. As such, the plaintiff shall file his response on or before December 8, 2007.

It is so **ORDERED**.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

**DATED:** November 29, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE